UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23806-CV-KING

MIRYAM JULENNY PAREDES RAMIREZ.
Individually and on behalf of themselves and
all others similarly situated, JOSE MANUEL
MIQUILENA, MICHAEL MANTILLA,
LAZARO ARMENTEROS,

    Plaintiffs,

v.

305 NO FAULT, INC., a Florida Corporation,
THE NOFAULT TEAM, LLC, a Florida Limited
Liability Company, C.O.R. INJURY CENTERS,
INC., a Florida Corporation,

    Defendants.
_____/

**<u>FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE</u>**

THIS CAUSE came before the court upon the Notice of Voluntary Dismissal Without Prejudice (D.E. #6) filed December 16, 2021. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE** . The Court shall retain jurisdiction to enforce the terms of the agreement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     All Discovery Deadlines, Motion Practice Deadlines, Pretrial Conference,

and Trial dates are hereby canceled.

4. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of December, 2021.

*[signature: James Lawrence King]*

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**Daniel R. Levine**
Padula Bennardo Levine, LLP
3837 NW Boca Raton Blvd.
Suite 200
Boca Raton, FL 33431
561-544-8900
Fax: 561-544-8999
Email: DRL@PBL-Law.com

*Counsel for Defendant:*